# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHIFICI ENTERPRISE**<br>**D/B/A DEANIE'S SEAFOOD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-5764**<br>**C/W 23-5766, 23-6133,**<br>**23-6143** |
| **CERTAIN UNDERWRITERS**<br>**AT LLOYD'S LONDON ET AL.** | **SECTION: "H"** |

## ORDER

Before the Court are Defendant Travelers Casualty and Surety Company of America's Motion to Dismiss Party from Case No. 23-5766 (Doc. 22) and Motion to Dismiss Party from Case Nos. 23-5764, 23-6133, and 23-6143 (Doc. 33).[1] On January 23, 2024, Defendant was permitted to opt-out of the Streamlined Settlement Program solely to the extent necessary to raise these Motions (Doc. 32).[2] The Motion to Dismiss Party from Case No. 23-5766 (Doc. 22) was set for submission before this Court on December 20, 2023, and Plaintiff Barchi, LLC has failed to file an opposition into the record. The Motion to Dismiss Party from Case Nos. 23-5764, 23-6133, and 23-6143 were set for submission before this Court on February 14, 2014, and Plaintiffs Chifici

---

[1] Defendant previously filed a Motion to Dismiss Party in Case No. 23-5764 (Doc. 10), but the Motion was denied for failure to opt out of the Streamlined Settlement Program (Doc. 16), without prejudice to the right to be re-urged. Defendant now re-urges that Motion in Document Number 33.

[2] The Motion to Opt-Out was granted with reference to all cases in this consolidated matter. *See* Doc. 32.

Enterprise; Bucktown Development, LLC; and Olive Catering Services, LLC have failed to file any opposition into the record.[3] Considering the foregoing;

**IT IS ORDERED** that Defendant Travelers Casualty and Surety Company of America's Motions to Dismiss are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Travelers Casualty and Surety Company of America in the above-captioned and consolidated matters are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, on this 20th day of February, 2024.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[3] Indeed, in its responsive pleading filed to Defendant's first Motion to Dismiss, Plaintiff Chifici Enterprise D/B/A asserted that it "does not in good faith have any evidence to present to this Honorable Court to oppose this defendant's 12(b)(6) Motion to Dismiss." Doc. 15.