UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHIFICI ENTERPRISE** | * | |
| **D/B/A DEANIE'S SEAFOOD** | * | |
| | * | **CIVIL ACTION NO.: 2:23-05764** |
| **VERSUS** | * | |
| | * | **JUDGE: JTM** |
| **CERTAIN UNDERWRITERS AT LLOYD'S** | * | |
| **LONDON, INDIAN HARBOR INSURANCE** | * | **MAGISTRATE: EJD** |
| **COMPANY, QBE SPECIALTY INSURANCE** | * | |
| **COMPANY, STEADFAST INSURANCE** | * | |
| **COMPANY, GENERAL SECURITY** | * | |
| **INDEMNITY COMPANY OF ARIZONA,** | * | |
| **UNITED SPECIALTY INSURANCE** | * | **APPLIES TO ALL MATTERS:** |
| **COMPANY, LEXINGTON INSURANCE** | * | **23-5764, 23-5766, 23-6133, 23-6143** |
| **COMPANY, HDI GLOBAL SPECIALTY SE,** | * | |
| **OLD REPUBLIC UNION INSURANCE** | * | |
| **COMPANY, GEOVERA SPECIALTY** | * | |
| **INSURANCE COMPANY, TRANSVERSE** | * | |
| **SPECIALTY INSURANCE COMPANY, THE** | * | |
| **HARTFORD STEAM BOILER INSPECTION** | * | |
| **AND INSURANCE COMPANY, TRAVELERS** | * | |
| **CASUALTY AND SURETY COMPANY OF** | * | |
| **AMERICA** | * | |

**************************************************************************

## ORDER

*Considering the foregoing Joint Motion to Dismiss With Prejudice;*

**IT IS HEREBY ORDERED** that plaintiffs' claims against defendants, Certain Underwriters at Lloyd's London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, HDI Global Specialty SE, Old Republic Insurance Company, GeoVera Specialty Insurance Company, and Transverse Specialty Insurance Company, be, and hereby are, dismissed, with prejudice, with each party to bear their own costs.

New Orleans, Louisiana, this 14th day of May, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**